MARTORELL LAW APC
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
Jordan M. Zim, State Bar No. 332757
JZim@Martorell-Law.com
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200
Facsimile: (323) 840-1300

Attorneys for *Specially Appearing* Defendants
PROPELR MUSIC, LLC; MARRIANI, INC.;
ANTOINE REED p/k/a "Sir Michael Rocks";
and Defendant 10Q LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR D. PENDLETON, an individual,<br><br>　　　　Plaintiff,<br>　　v.<br><br>10Q LLC, a California Limited Liability Company; PROPELR MUSIC, LLC, an Illinois Limited Liability Company; MARRIANI, INC., an Illinois corporation; ANTOINE REED p/k/a "Sir Michael Rocks," an individual; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-04806-RGK-PVC<br><br>Judge: Hon. R. Gary Klausner<br><br>***SPECIALLY APPEARING DEFENDANTS PROPELR MUSIC, LLC, MARRIANI, INC. AND ANTOINE REED'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED R. CIV. P. 12(b)(2)***<br><br>Filed concurrently herewith:<br>(1)　Memorandum of Points & Authorities<br>(2)　Declaration of Eduardo Martorell<br>(3)　Declaration of Antoine Reed<br>(4)　Declaration of Josh Kaplan<br>(5)　Request for Judicial Notice<br>(6)　[Proposed] Order<br><br>Hearing Date:　January 23, 2023<br>Time:　　　　　9:00 a.m.<br><br>Action filed:　　July 13, 2022 |

**NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(2)**

Please take notice that on January 23, 2023, at 9:00 a.m., or as soon thereafter as the matter parties may be heard, in the Courtroom of Honorable R. Gary Klausner, Courtroom 850 on the 8th Floor of the Roybal Federal Building and U.S. Courthouse, located at 255 East Temple Street., Los Angeles, CA 90012. *Specially Appearing* Defendants PROPELR MUSIC, LLC ("PROPELR"), an Illinois Limited Liability Company; MARRIANI, INC. ("MARRIANI"), an Illinois corporation; ANTOINE REED p/k/a "Sir Michael Rocks," ("REED") an individual residing in Illinois (collectively, the "Illinois Defendants"), hereby make this *special appearance*, requesting this Court to dismiss Plaintiff Taylor D. Pendleton's ("Plaintiff") Complaint against the Illinois Defendants for lack of personal jurisdiction.

This motion is based upon the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the declarations submitted therewith, all documents in the Court's file, and such other written and oral arguments and evidence as may be presented to the Court. This Motion is also made following the telephonic conference of counsel for parties pursuant to Local Rule 7-3, which took place on December 16, 2022. (*See* Declaration of Eduardo Martorell ("Martorell Decl."), ¶¶ 2-5.)

Dated: December 23, 2022                **MARTORELL LAW APC**

By: /s/ Eduardo Martorell
Eduardo Martorell
Jordan M. Zim
Attorneys for *Specially Appearing* Defendants PROPELR MUSIC, LLC; MARRIANI, INC.; ANTOINE REED p/k/a "Sir Michael Rocks"; and Defendant 10Q LLC