**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
Jordan M. Zim, State Bar No. 332757
JZim@Martorell-Law.com
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200
Facsimile: (323) 840-1300

Attorneys for Defendant 10Q LLC; and
*Specially Appearing* Defendants
PROPELR MUSIC, LLC; MARRIANI, INC.;
ANTOINE REED p/k/a "Sir Michael Rocks"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR D. PENDLETON, an individual, <br><br>    Plaintiff, <br>    v. <br><br>10Q LLC, a California Limited Liability Company; PROPELR MUSIC, LLC, an Illinois Limited Liability Company; MARRIANI, INC., an Illinois corporation; ANTOINE REED p/k/a "Sir Michael Rocks," an individual; and DOES 1 through 100, inclusive, <br><br>    Defendants. | Case No. 2:22-cv-04806-RGK-PVC <br><br> Judge: Hon. R. Gary Klausner <br><br> **DEFENDANT 10Q LLC's NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GIVEN PURSUANT TO FED R. CIV. P. 12(b)(6)** <br><br> Filed concurrently herewith: <br> (1) Memorandum of Points & Authorities <br> (2) Declaration of Eduardo Martorell <br> (3) Declaration of Josh Kaplan <br> (4) Request for Judicial Notice <br> (5) [Proposed] Order <br><br> Hearing Date:   January 23, 2023 <br> Time:           9:00 a.m. <br><br> Action filed:   July 13, 2022 |

# NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Please take notice that on January 23, 2023, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of Honorable R. Gary Klausner, Courtroom 850 on the 8th Floor of the Roybal Federal Building and U.S. Courthouse, located at 255 East Temple Street., Los Angeles, CA 90012, Defendant 10Q LLC ("10Q") hereby requests this Court to dismiss the Complaint of Plaintiff Taylor D. Pendleton ("Plaintiff") against 10Q for failure to state a claim against it.

This Motion is based upon the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the declarations submitted therewith, all documents in the Court's file, and such other written and oral arguments and evidence as may be presented to the Court. This Motion is also made following the telephonic conference of counsel for parties pursuant to Local Rule 7-3, which took place on December 16, 2022. (*See* Declaration of Eduardo Martorell ("Martorell Decl."), ¶ 4.)

Dated: December 23, 2022  **MARTORELL LAW APC**

By: /s/ Eduardo Martorell
Eduardo Martorell
Jordan M. Zim
Attorneys for *Specially Appearing* Defendants PROPELR MUSIC, LLC; MARRIANI, INC.;ANTOINE REED p/k/a "Sir Michael Rocks"; and Defendant 10Q LLC