1  THE LAW OFFICES OF KRISTINA T. WILSON P.C.
2  Kristina T. Wilson, Esq.
   Attorney for Plaintiff
3  645 W. 9th Street
4  Unit # 110-376
   Los Angeles, California 90015
5  Telephone: (323) 537-7795
6  CA Bar No. 330475
   Email:  Wilson@KTWilsonLaw.com
7  Secondary Email: KTWilsonLaw@gmail.com

8  THE WILLIAMS LAW GROUP
9  Andrew Williams, Esq.
   Attorney for Plaintiff
10 20 Island Ave
   Suite 801
11 Miami, Florida 33139
   Telephone: (305) 916-1122
12 CA Bar No. 310526
   Email:  Andrew@TheWilliamsLG.com
13 Secondary Email: WilliamsLawFlorida@gmail.com

14 **Attorney for Plaintiffs, TAYLOR D. PENDLETON**

15              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| TAYLOR D. PENDLETON, an individual, | Case No. 2:22-cv-04806-RGK-PVC |
| Plaintiff, | **PLAINTIFF'S NOTICE OF APPEAL** |
| v. | Judge: Hon. R. Gary Klausner |
| 10Q LLC, a California Limited Liability Company; PROPELR MUSIC, LLC, an Illinois Limited Liability Company; MARRIANI, INC., an Illinois corporation; ANTOINE REED p/k/a "Sir Michael Rocks," an individual; and DOES 1 through 100, inclusive | |
| Defendants. | |

1
PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff in the above-captioned case, TAYLOR D. PENDLETON, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order denying Plaintiff's ex parte application to propound jurisdictional discovery, which was entered by the Honorable R. Gary Klausner on January 12, 2023 **[DE 51]**; the Order granting the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, which was entered by the Honorable R. Gary Klausner on January 20, 2023 **[DE 53],** the Order granting the Defendant's Motion to Dismiss for Failure to State a Claim for which Relief Can be Given, which was entered by the Honorable R. Gary Klausner on January 20, 2023 **[DE 54]**, and the Order denying Plaintiff's Motion for Reconsideration of this Court's January 20, 2023 Orders [DE 53 and DE 54], which was entered by the Honorable R. Gary Klausner on April 18, 2023 **[DE 64]**.

Dated this 17th day of May 2023

Respectfully submitted,

THE WILLIAMS LAW GROUP

BY: /s/Andrew Williams
Andrew Williams, Esq.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of May 2023, a copy of the foregoing **PLAINTIFF'S NOTICE OF APPEAL**, was served via the CM/ECF system on all parties and counsel of record.

Dated this 17th day of May 2023                              THE WILLIAMS LAW GROUP

Respectfully submitted,

                                                             BY: /s/Andrew Williams
                                                                 Andrew Williams, Esq.