

| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | MAR 15 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

TAYLOR D. PENDLETON, an individual,

        Plaintiff-Appellant,

 v.

10Q LLC, a California Limited Liability Company; et al.,

        Defendants-Appellees.

No. 23-55468

D.C. No. 2:22-cv-04806-RGK-PVC
Central District of California,
Los Angeles

ORDER

Appellant did not file the opening brief by the due date. This case is therefore dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order, served on the district court, will become the mandate of the court in 21 days.

All pending motions are denied as moot.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

OSA167